COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Houston Northwest Partners, Ltd., d/b/a Houston Northwest Medical Center v. Cindy Mazza, Individually and as Representative of the Estate of Phillip Mazza, and Christopher Alan Mazza, Jennifer Lynn Mazza and Ruth Mazza

Appellate case number: 01-12-00188-CV

Trial court case number: 0871267

Trial court: 11th District Court of Harris County

Appellant's motion to dismiss is **denied** without prejudice to the refiling of a joint motion of appellant and appellees detailing which portions of the judgment they agree should be vacated. We order appellant and appellees to serve the motion on all parties to the judgment regardless of whether they are parties to this appeal, including Philip Katz, M.D.

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
☑ Acting individually ☐ Acting for the Court

Date: October 5, 2012